**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EUFEMIA GARCIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>　　　　　Defendant. | 2:14-cv-01689-RFB-CWH<br><br>**ORDER** |

　　　Before the court is *Eufemia Garcia v. Caesars Entertainment Corporation,* case no. 2:14-cv-01689-RFB-CWH.

　　　On January 26, 2015, Defendant filed a Notice of Suggestion on Pendency of Bankruptcy for Caesars Entertainment Operating Company, Inc., *et al.,* and Automatic Stay of Proceedings.  (#13).

　　　IT IS HEREBY ORDERED that a status hearing is scheduled for 3:00 p.m., February 5, 2015, in courtroom 3D.

　　　DATED this 26th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE